DONALD AMAMGBO, ESQ.
AMAMGBO & ASSOCIATES
6167 Bristol Parkway, #325
Culver City, California 90230
Telephone: (310) 337-1137
Facsimile: (310) 337-1157

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZETHA NOBLE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY, INC.,<br><br>Defendants. | Case No. 3:11-cv-03365 TEH<br><br>AMENDED NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AS TO ALL DEFENDANTS WITHOUT PREJUDICE [F.R.C.P. Section 41(a)(1)] |

TO THE COURT AND ALL PARTIES HEREIN:

Please take notice that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Zetha Noble voluntarily dismisses her complaint as to all named defendants as to all

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

claims made herein, that is in Case No.:  11-cv-03365 TEH, without prejudice.

DATED:  10-20-2011

By:____/s/ R. Terrell_____
DONALD AMAMGBO, ESQ.
AMAMGBO & ASSOCIATES
6167 Bristol Parkway, #325
Culver City, California 90230
Telephone:  (310) 337-1137
Facsimile:   (310) 337-1157

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone:  (510) 237-9700
Facsimile:   (510) 237-4616

*IT IS SO ORDERED*

*Judge Thelton E. Henderson*

*10/20/2011*

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on October 20, 2011, he filed an electronic copy of the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

                                                  /S/ R. Terrell  
                                                  REGINALD TERRELL